468 A.2d 856

Eberts v. Eberts, Appellants.

Submitted June 23, 1983. Daniel George Spengler, for appellants; John L. O'Brecht, Assistant District Attorney, for Commonwealth, appellee.

622

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.